ORIGINAL

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
2012 NOV 19 PM 3 15
CLERK
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

DALVIN SMITH,                )
                             )
        Plaintiff,           )
                             )
v.                           )     CV 312-074
                             )
Warden HOLLIMAN, et al.,     )
                             )
        Defendants.          )

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, this case is **DISMISSED** without prejudice, and this case is **CLOSED**.

SO ORDERED this 19th day of November, 2012, at Augusta, Georgia.

UNITED STATES DISTRICT JUDGE